UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION

| | |
|---|---|
| AMANDA LORD,<br><br>                             Plaintiff,<br><br>- against -<br><br>FALCON RECOVERY SYSTEMS, LLC,<br><br>                             Defendant. | Docket No: 8:18-cv-00475-FJS-CFH |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 26, 2018 Stipulation of Dismissal, all claims asserted against Defendant FALCON RECOVERY SYSTEMS, LLC in Civil Action No. 8:18-cv-00475-FJS-CFH, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS**   27th   **day of**   November  , 2018.

_____
HONORABLE FREDERICK J. SCULLIN, JR.
**SENIOR** UNITED STATES SR. DISTRICT JUDGE